Submitted on briefs July 12, affirmed September 20, 1921.

# STATE *v.* RATHIE ET AL.

(200 Pac. 790.)

**Criminal Law—Coram Nobis Defined.**

1.   A writ of *coram nobis* is a writ of error issued out of a court of competent jurisdiction, directed to the judges of a court of record in which a final judgment has been given, and commanding them in some cases themselves to examine the record, in others to send it to another court of appellate jurisdiction therein named to be examined in order that some alleged error in the proceedings may be corrected.

**Criminal Law—No Review by Means of Writ of Error Coram Nobis.**

2.   Nothing can be brought up for review in an appellate court in a criminal proceeding by a writ of error *coram nobis,* all writs of error and *certiorari* being abolished by Section 1603, Or. L.

From Umatilla: GILBERT W. PHELPS, Judge.

In Banc.

The defendants were convicted in the Circuit Court of Umatilla County of the crime of murder in the first degree, and sentenced to death, from which judgment they appealed to this court, where the judgment was affirmed.   While a petition for rehearing was pending they attempted to sue out a writ of error *coram nobis* in the Circuit Court of Umatilla County, where upon a hearing the proceeding was dismissed.   From such order of dismissal they appeal here.        AFFIRMED.

For appellants there was a brief over the names of *Mr. Charles F. Bolin* and *Mr. Thomas H. Wilson.*

For respondent there was a brief over the names of *Mr. I. H. Van Winkle,* Attorney General, *Mr. R. I.*

1.   When writ of *coram nobis* will issue, see notes in **Ann. Cas.** 1915A, 1287; 10 **A. L. R.** 214; 10 **A. L. R.** 648.

*Keator,* District .Attorney, and *Mr. C. Z. Randall,* Deputy District Attorney.

McBRIDE, J.—1, 2. A writ of error *coram nobis* is defined as follows:

"It is a writ of error issued out of a court of competent jurisdiction, directed to the judges of a court of record in which final judgment has been given, and commanding them, in some cases, themselves to examine the record, in others to send it to another court of appellate jurisdiction, therein named, to be examined, in order that some alleged error in the proceedings may be corrected." 2 Bouvier's Law Dictionary, 1248.

By Section 1603, Or. L. (Olson's Comp.), all writs of error and of *certiorari* are abolished in criminal cases. Said section is as follows:

"Writs of error and of *certiorari* in criminal actions are abolished, and hereafter the only mode of reviewing a judgment or order in a criminal action is that prescribed by this chapter."

This section is plainly fatal to appellants' contention here, and the order of the Circuit Court is therefore affirmed.                                    AFFIRMED.